DAVID BURCHARD
CHAPTER 13 TRUSTEE
P.O. BOX 8059
FOSTER CITY, CA 94404
(650) 345-7801 FAX (650) 345-1514
(707) 544-5500  FAX (707) 544-0475

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br>BENJAMIN RUIZ<br><br>Debtor(s) | Chapter 13<br>Case No: 17-30506 DM<br><br>CHAPTER 13 TRUSTEE'S<br>STATEMENT OF INVESTIGATION |

The Chapter 13 Trustee hereby submits this Statement of Investigation of the financial affairs of the Debtor(s) pursuant to 11 U.S.C. §1302(c).

1. The business examination consisted of the review of the following documentation after the 341 Meeting of Creditors:

   a. Statement of Affairs and Schedules
   b. Tax returns for the years: 2014, 2015, 2016
   c. Evidence of insurance: Business operation liability, worker's compensation
   d. License: Contractor license
   e. Bank statements dated: November 2016 to April 2017

2. The 341 Meeting of Creditors was held on 07/27/2017.
3. Nature of Debtor's business: Tree and Landscaping Contractor
4. Debtor's business is a corporation.
5. Debtor is the president.
6. Years of operation of Debtor's business: 15 years
7. Number of employees (excluding Debtor) was: 2
8. Statement of Financial Affairs, answered completely.
9. The Schedules are complete.
10. All information requested by the Trustee was provided.
11. Debtor has $900,000.00 business assets.
12. The total fair market value of the business as an ongoing concern is approximately $900,000.00.
13. The Debtor's average monthly gross receipts are $3,445.00.

Date:  April 19, 2018          /s/ David Burchard
                                David Burchard
                                Chapter 13 Trustee