DAVID BURCHARD
CHAPTER 13 TRUSTEE
P.O. BOX 8059
FOSTER CITY, CA 94404
(650) 345-7801  FAX (650) 345-1514
(707) 544-5500  FAX (707) 544-0475

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re:
  BENJAMIN RUIZ
  2841 TEMPLE COURT
  EAST PALO ALTO, CA 94303

                     Debtor(s)

Chapter 13
Case No: 17-30506 DM
Date: January 16, 2019
Time: 01:00 PM
Ctrm: 450 GOLDEN GATE AVENUE
      16th FLOOR - COURTROOM #17
      SAN FRANCISCO, CA 94102-

NOTICE OF HEARING ON MOTION OF CHAPTER 13 TRUSTEE, DAVID BURCHARD,
TO DISMISS CASE UNDER 11 U.S.C. SECTION 1307(c)

TO: THE ABOVE-NAMED DEBTOR(S) AND TO DEBTOR'S(') ATTORNEY OF RECORD HEREIN:

PLEASE TAKE NOTICE that Chapter 13 Trustee, DAVID BURCHARD, (hereinafter referred to as "THE TRUSTEE") files this Motion seeking the dismissal of this Chapter 13 case pursuant to the provisions of 11 U.S.C. Section 1307(c).

This Motion is made pursuant to Federal Rules of Bankruptcy Procedures 9013 and 9014 and Bankruptcy Local Rules 9014-1(b)(2) and 9014-1(c)(1) of the United States Bankruptcy Court for the Northern District of California.

PLEASE TAKE NOTICE that any opposition shall be filed and served on the initiating party **at least 14 days prior** to the actual scheduled hearing date as indicated above.  Any reply from the initiating party shall be filed and served at least 7 days prior to the actual scheduled hearing date as indicated above.

The Trustee's Motion will be heard on January 16, 2019 at 01:00 PM in the United States Bankruptcy Court located at 450 GOLDEN GATE AVENUE, 16th FLOOR - COURTROOM #17.  In the event you fail to appear at the hearing on this motion, the Court may enter an order for the relief requested, without further hearing.

DATED:   December 17, 2018                    <u>DAVID BURCHARD</u>
                                                DAVID BURCHARD
                                                Chapter 13 Trustee
                                                United States Bankruptcy Court
                                                Northern District of California
                                                San Francisco/Santa Rosa Division

# CERTIFICATE OF SERVICE

I am over the age of 18 years and not a party to this action. I am employed by the Trustee whose business address is 1065 E. Hillsdale Blvd., Suite #200, Foster City, CA. On the date set forth below, I served a true and correct copy of the **Notice of Hearing on Motion of Chapter 13 Trustee, David Burchard, to Dismiss Case Under 11 U.S.C. Section 1307(c)** and this **Certificate of Service**, on the persons listed below by following our ordinary business practice for service, which is either deposited in the ordinary course of business with the U.S. Postal Service by first class mail or served by electronic transmission from the Court, if applicable. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

    BENJAMIN RUIZ
    2841 TEMPLE COURT
    EAST PALO ALTO, CA 94303

The following recipients have been served via Court's Notice of Electronic Filing:

    RICHARD A. LACAVA
    court@lacavalaw.com

Dated:    December 17, 2018        LIZ WHIGHAM
                                                    LIZ WHIGHAM