DAVID BURCHARD
CHAPTER 13 TRUSTEE
P.O. BOX 8059
FOSTER CITY, CA 94404
(650) 345-7801  FAX (650) 345-1514
(707) 544-5500  FAX (707) 544-0475

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re:

BENJAMIN RUIZ
2841 TEMPLE COURT
EAST PALO ALTO, CA 94303

Debtor(s)

Chapter 13
Case No: 17-30506 DM
Date: February 20, 2019
Time: 01:00 PM
Ctrm: 450 GOLDEN GATE AVENUE
16th FLOOR - COURTROOM #17
SAN FRANCISCO, CA 94102-

# NOTICE OF CONTINUED HEARING
# RE: TRUSTEE'S POST-CONFIRMATION MOTION TO DISMISS

TO: THE ABOVE-NAMED DEBTOR(S), TO DEBTOR'S (') ATTORNEY OF RECORD HEREIN, AND ALL INTERSTED PARTIES:

**PLEASE TAKE NOTICE** that the hearing on the Chapter 13 Trustee's Post-Confirmation Motion to Dismiss under 11 U.S.C. Section 1307 (c) scheduled for January 16, 2019 at 1:00 PM is now continued to February 20, 2019 at 1:00 PM, before the above-entitled Court.

DATED: January 14, 2019

DAVID BURCHARD
DAVID BURCHARD
Chapter 13 Trustee
United States Bankruptcy Court
Northern District of California
San Francisco/Santa Rosa Division

# CERTIFICATE OF SERVICE

I am over the age of 18 years and not a party to this action. I am employed by the Trustee whose business address is 1065 E. Hillsdale Blvd., Suite #200, Foster City, CA. On the date set forth below, I served a true and correct copy of this **Notice of Continued Hearing** and this **Certificate of Service**, on the persons listed below by following our ordinary business practice for service, which is either deposited in the ordinary course of business with the U.S. Postal Service by first class mail or served by electronic transmission from the Court, if applicable. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

BENJAMIN RUIZ
2841 TEMPLE COURT
EAST PALO ALTO, CA 94303


The following recipients have been served via Court's Notice of Electronic Filing:

    RICHARD A. LACAVA
    court@lacavalaw.com


Dated:    January 14, 2019                                LIZ WHIGHAM
                                                          LIZ WHIGHAM
                                                          Case Administrator